MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    FAX: (415) 436-7234
    benjamin.kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 15-026 WHO |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DETENTION PENDING TRIAL |
| v. | |
| RICKY GALLEGOS, JR., | |
| Defendant. | |

    The United States moved for the pretrial detention of defendant Ricky Gallegos, Jr., at the defendant's initial appearance on February 9, 2015. The matter came before the Court on February 12, 2015, for a hearing on the United States' motion for detention. Defendant was present and represented by Assistant Federal Public Defender Candis Mitchell. Assistant United States Attorney Benjamin Kingsley appeared for the United States. Pretrial Services submitted a report and a representative of Pretrial Services was present at the hearing.

    At the hearing, the government continued to seek detention; defendant opposed that motion, and sought pretrial release on a recognizance bond. Proffers and arguments regarding detention and release were submitted by the parties at the hearing.

[PROPOSED] DETENTION ORDER
15-026 WHO

Upon consideration of the facts, proffers, and arguments presented, the Court finds by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of the community and defendant's appearance.  Accordingly, the Court concludes that defendant must be detained pending trial in this matter.

This Order supplements the Court's findings at the detention hearing and serves as written findings of fact and statement of reasons as required by 18 U.S.C. § 3142(i)(1).

The Court finds that defendant has a criminal history involving repeated economic crimes and is thus an economic danger to the community.  He has four state convictions, in 2011, 2012, 2013, and 2014, for receiving stolen property, possession of burglary tools, second degree robbery, and grand theft, respectively.  The police report underlying the 2012 conviction for possession of burglary tools included allegations that defendant possessed stolen mail at that time.  These are in addition to the allegations in the indictment in this case that defendant again, in 2013, possessed stolen mail and a counterfeit postal key, and committed access device fraud and aggravated identity theft.  The Court also finds that defendant is a risk of nonappearance.  His record shows numerous prior bench warrants issued for his arrest.  Finally, the Court finds defendant's proposed recognizance bond is not sufficient to ameliorate these risks.  Defendant has offered no sureties, has no known legitimate employment, and has no known permanent residence.  He has violated the terms of his state probation multiple times.

Accordingly, based on all of the facts set forth above, the facts proffered in Court by the Government, and the information set forth in the Pretrial Service's report, the Court finds by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of the community and appearance of defendant as required.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

(1) the defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) the defendant be afforded reasonable opportunity for private consultation with his counsel; and

[PROPOSED] DETENTION ORDER
15-026 WHO

1  (3) on order of a court of the United States or on request of an attorney for the government, the
2 person in charge of the corrections facility in which the defendant is confined shall deliver the defendant
3 to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a
4 court proceeding.

5

6 DATED: February 13 , 2015

7 _____
   THE HONORABLE JOSEPH C. SPERO
   United States Magistrate Judge

[PROPOSED] DETENTION ORDER
15-026 WHO

3